(14)

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) HG5873 INMATE
(Name of Plaintiff) (Inmate Number) (rohland)

112 Pike St
(Address) Huntingdon Pa

(2) ~~FAKE~~
(Name of Plaintiff) (Inmate Number)

(Address)

(Each named party must be numbered, and all names must be printed or typed)

vs.

(1) Bucks County Pa et alii
(2) + 66 PA Counties et alii
(3)
(Names of Defendants)

(Each named party must be numbered, and all names must be printed or typed)

3:20-CV-71
(Case Number)

CIVIL COMPLAINT

FILED
SCRANTON
JAN 13 2020
PER [signature] DEPUTY CLERK

TO BE FILED UNDER: _____ 42 U.S.C. § 1983 - STATE OFFICIALS
_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS This Is not A 1983 civil Suite This A civil Suite by Hg5873 [signature]

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Status In Question:

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ____Yes ____No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ____Yes ____No

C. If your answer to "B" is Yes:

1. What steps did you take? See Attached Facts

2. What was the result?

D. If your answer to "B" is No, explain why not: ______________________

## III. DEFENDANTS

(1) Name of first defendant: Bucks County Pa et alei

Employed as ______________ at ______________

Mailing address: 100 N MAIN Doylestown Pa

(2) Name of second defendant: 66 Counties of Pa et alei

Employed as ______________ at ______________

Mailing address: ______________

(3) Name of third defendant: ______________

Employed as ______________ at ______________

Mailing address: ______________

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. See Attached / Contract In Nature

2.

3.

V. **RELIEF**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Continue Use of my Res NOT! while Returning Confiscated Res of Innocent Owner HG5873 INMATE due to UNCONSTITUTIONAL Pa Title 42 § 6801/6802

2.

3.

---

only to be used for/by permission of

I declare under penalty of perjury that the foregoing is true and correct. by Hg5873 [illegible] J-19

Signed this 1-1-2020 day of Wend./First, 20 20.

Re 7-1-2019

by Hg5873 [illegible]

(Signature of Plaintiff)

This Lic J-19 goes to one time use of Complaint PA Title 42 6801/6802 unconstitutional Repealed Statue

expires After viewing.

"CAPTION" [4] Cert 7749 (x1
Reg 1338 (x1
License
J-19

From HG5873 INMATE
PRIVATE, [illegible]
Defendants Bucks County Paredalia #
67 Counties
STATE of Pennsylvania DATE 7-1-1970
Return Res toto TT DA office Bucks etalia

Re: Repealed UnConstitutional Pa Title 42 § 6801-6802 ab Initio

"COMPLAINT"

Issue 1) Rupture of tracts in relationship to unconstitutional statue Pa Title 42 § 6801 - 6802 of the 67 counties within State of Pennsylvania ⇒

2) which has ruptured tracts/settlements of Index, Certifications, Registered thru each and every of 67 counties in State Pa. (Pennsylvania) damage, destruction non-licensed use. - while becoming offenders of Fiduciary duty to to HG5873 INMATE, PRIVATE, [illegible]

3) Supported of unconstitutional statue Title 42 § 6801-6802 ab Initio.

4) Succor - Turn back Res confiscated to to HG5873 INMATE Innocent Owner, PRIVATE [illegible], placing it back within PRIVATE TRUST.

Note Est Value Low $67 million High $670 million 0.5 [illegible]

for UnAuthorized Use of Res (confiscation) thru UnConstitutional Title 42 §6801 6802 Pa.

4) Petitioner commands district court Scranton Pa to Accept Jurisdiction upon or order each court of 67 counties In Pa per settelments of Article I Sect 10-1 to Address per Federal Govt Guidelines (Presentation to Jury) for damage manifested by UnConstitutional 42 6801-6802

Therefore Succor this District Court Scranton Pa shall follow its own Federal Ruling for Jury Presentation to Innocent owners process within Article I Sect 10-1 which State of Pennsylvania Is now obstructing Violating not only Constitution but Federal Govts Already decsions of Record.

And the Resolution process presented to PA. upon deeming of Pa Title 42 §6801 6802 being Un constitutional Ab Initio Petitioner COMMANDS Presentation to Jury As Federal Goverments has Instructed In 67 counties of Pa Title 42 - 5805 enforce.

[4]

Lic A-19

From HG6873 INMATE
Return Res TI TOTO

USA Government /Federal
DISTRICT COURT
235 N WASHINGTON
Scranton, Pa 18501

# Dispute

Jurisdiction SCRANTON PENNSYLVANIA

Issue: 1) Petitioner comes to Federal District Court Scranton Pa with dispute Against the UN-knowledge 67 Pa Counties DA's/ DA office

2) 67 Pa Counties have been address-ed only to not Respond based on Unknown ing to Ramification of Federal Governments Repealing Pa Statue 42 § 6801 & 6802 Ab Initio

3) 67 Pa Counties have Agreed to settlment (Limit expired) yet Continue to Avoid the resolution of bringing the In-Jured Innocent Owner back to Court of damage of each of 67 Pa Counties.

12

(14)

From HG-5823 INMATE

Lic D-19 J-19 2749(X)1 1338X

Proof of Service

I hereby certify that I am this day serving the foregoing document upon the persons and in the manner indicated below, which service satisfies the requirements of (Pa.R.A.P. 121:)

Name: District Court et al in Pa
Representing: USA
Scranton Pa
Date Served: 7-1-19 12-15-19

Address: 235 N Washington
Scranton Pa

Method of Service:
- [x] First Class Mail/Commercial Carrier
- [ ] Hand Deliver
- [ ] E-Mail/Fax*

E-Mail (if applicable): ______
Fax (if applicable): ______

Name: 67 Counties Pa
Representing: Commonwealth
Date Served: 2019

Address: State Pa

Method of Service:
- [x] First Class Mail/Commercial Carrier
- [ ] Hand Deliver
- [ ] E-Mail/Fax*

E-Mail (if applicable): ______
Fax (if applicable): ______

Name: ______
Representing: ______
Date Served: ______

Address: ______

Method of Service:
- [ ] First Class Mail/Commercial Carrier
- [ ] Hand Deliver
- [ ] E-Mail/Fax*

E-Mail (if applicable): ______
Fax (if applicable): ______

by HG5823 [illegible]
(Original Signature of Filer)

Date: <12-15-19>

Filer Information -
Address: 1100 Pike St
Huntingdon Pa

E-Mail (if applicable): ______
Fax (if applicable): ______
Phone (if applicable): ______

*Note: By selecting E-Mail or Fax as a method of service, you are verifying that you and the opposing party have an agreement that E-Mail or Fax is an acceptable method of service.

10

From HG5773 INMATE

**Proof of Service**

I hereby certify that I am this day serving the foregoing document upon the persons and in the manner indicated below, which service satisfies the requirements of Pa.R.A.P. 121:

Name: District Court of ... Pa
Representing: USA
Date Served: 12-15-19
Address: 235 N Washington, Scranton Pa

Method of Service:
- [x] First Class Mail/Commercial Carrier
- [ ] Hand Deliver
- [ ] E-Mail/Fax*

E-Mail (if applicable): ____
Fax (if applicable): ____

Name: 67 Counties Pa
Representing: Commonwealth
Date Served: 2019
Address: State Pa

Method of Service:
- [x] First Class Mail/Commercial Carrier
- [ ] Hand Deliver
- [ ] E-Mail/Fax*

E-Mail (if applicable): ____
Fax (if applicable): ____

Name: ____
Representing: ____
Date Served: ____
Address: ____

Method of Service:
- [ ] First Class Mail/Commercial Carrier
- [ ] Hand Deliver
- [ ] E-Mail/Fax*

E-Mail (if applicable): ____
Fax (if applicable): ____

[signature] ____
*(Original Signature of Filer)*

Date: 12-15-19

Filer Information -
Address: 1100 Pike St, Huntingdon Pa

E-Mail *(if applicable)*: ____
Fax *(if applicable)*: ____
Phone *(if applicable)*: ____

**Note: By selecting E-Mail or Fax as a method of service, you are verifying that you and the opposing party have an agreement that E-Mail or Fax is an acceptable method of service.*

14 Lic J19 II

HG5873 INMATE

VS.

USA / Pa et alii Scranton Dist Court 7749(X)

CERTIFICATE OF SERVICE

CORPUS HG5873 INMATE, HEREBY AVERS, THAT THE FACTS SET FORTH IN THE FOREGOING PETITION/ MOTION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF, I ALSO CERTIFY THAT REQUIREMENTS ARE SATISFIED FOR PENNSLYVANIA/U.S.A. Form 2-24-40 PAN Complaint, Civil,

PS3800 PS3811 1338(X)

PROOF OF SERVICE

CORPUS HG5873 INMATE, DO HEREBY, CERTIFY THAT A COPY OF THE FOREGOING PETITION/MOTION WAS MAILED VIA PERSONAL MAIL ON 7-1-19, TO ALL THE PEOPLES/AND RESPONDENTS OF Above. a 12-1549

Service Feds
1) District Court Scranton
2) 67 Counties Pa
3)

EXPRESSED STIPULATION OBLIGATION DUTY (NOTICE) FOR FENDING OFF SUMMONS (RESPONSE)

1) You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within fifteen (15) days after this complaint and notice are served, by entering a written appearance personal or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

2) You have the duty-obligation placed upon you by dekivery of filings. You can concur or non-concur per supreme court doctrine the dead line established is 3-39-2019 2nd deadline offered/not offered is X. A non concur moves toward plantiffs relief as commanded while default revokes your immunity per this form and your own default (non action) dishonor (comity) status.

3) Pryor inferior lesser representation of violating county, state and or institution being liable, shall be subject to penalty compensation fee of 9,999,999 ‰ dollar bills -U.S. – per incident now negotiable or in alternative, as decided solely by HG5873 Ânte inmate by HG5873 Ânte as res of prior inferior lesser representations will be subject to extinguishment, (re) coupment for sole benefit upon PRIVATE

4) Feffoment of livery seisin this one for all form is recorded at Pennsylvania state – courts. Government et alii, U.S. A et alii.
If non-disputed of 3-9-19 public access policy is null while at arms length as corpus HG5873 INMATE inmate by HG5873 Ânte and private keeps invokes, perpetual privileges droits, rights, private, legacy <R> Cesti que droits to all ther in is.

5) It is further understood that prior inferior lesser representatives will not in any way publicize, cause to be publicized with any news, communication, language, status, media, jurisdiction – forum, including, but not limited to: Newspaper, magazines, journals, radio, prose, verse, television, the facts, articles, conditions of this trust property. All parties not an affiant or beneficiary to this are to decline comment on all aspects for this process/records to any media private/public outlets.

6) YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

7) IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

8) PA BAR ASSOCIATION 100 SOUTH STREET HARRISBURG PA

Notice (Re-Issue) ORIGINAL 7-1-19 Ânte Ignored

9. I here certify with private font that corpus HG5873 INMATE by Hg5873 Ânte will comply with public access NOT, for his/her personal private Legacy Res Ab Inition, Ad Infintium Is double helix family Legacy. Here manifested specific - private Res with further related offspring, Issue upon specific PRIVATE

7-1-19 Filing

10. Dismissal non concurrence with-without view of merits Invokes Automatic expressed certificate of Appealability C.O.A. for legislative commands Law, while Judicial has No legislative powers to Act LAW. Within its own rules, Regulations, Policy Are NOT of Legislative LAW which gaurenteeds view to conclusion (end). Thank You for C.O.A.

NOTICE

11. Alert Failure on Judicial Invokes U.S. Currency $9,999,999,999 99/00 per offense AbInitio

Form 2-24-40

by Hg5873 Ânte <7-1-19> <Re 12-1549>

14

Lic 8-19

From HG5873 INMATE
Return Res TT TOTO
Res Specific (6801 6802)
(General of file) Specific District Court Fed Pa USA et alii
Nealon 235 Wash
Scranton Pa 18501

# PUBLIC ACCESS POLICY NOT!

1) CORPUS HG5873 INMATE by Hg5873 [illegible] Ab Initio, Ad Infintium

2) SHALL NOT Ad Infintium from Ab Initio be bullied transfere, give up, set over, threatened by Governments (USA) - (WORLD) courts et alii to give up Life Droits Intellectual Res property IP, Ancesteerial Rights, matter brought during life - Lives, during life and death, of Legacy Res of Ancestors, descendants of Kind double helix, specific, generally Aquired Corpus HG5873 INMATE

3) Therefore of Above - Corpus HG5873 INMATE Ab Initio toto owns what Corpus HG5873 INMATE Ab Initio Ad Infintium and you may own what you think you own but naught Ab Initio, Ad Infintium what Corpus Alive/dead of HG5873 INMATE PRIVATE, [ ] owns or ought toto own

by Hg5873 [signature]

Rcc Private
[ ]
Kind

< 12-15-19 >



Evidence
1) Dispute Letter 7-12-19
POAN
2-24-18
Service
IFP
6-18-18 (2 sheets) of Tract (1 to 4) Bucks county

New One (12-15-19)

"CAPTION" [14] Cert 7749 (X) Reg 1338 (X) License J-19

From HG5873 INMATE PRIVATE [ ]
Defendants Bucks County Pennsylvania #
67 Counties
STATE of PENNSYLVANIA Date 7-1-19
Return Res TOTO TT DA office Bucks et alii

Re: Repealed UNConstitutional Pa Title 42 § 6801-6802 Ab Initio

"COMPLAINT"

Issue 1) Rupture of tracts in relationship to unconstitutional statue Pa Title 42 § 6801 & 6802 of the 67 counties within State of PENNSYLVANIA

2) which has ruptured tracts/settlements of Index, Certifications, Registered thru each and every of 67 counties in State Pa (PENNSYLVANIA) damage, destruction non-licensed use. — while becoming offenders of Fiduciary duty to to HG5873 INMATE, PRIVATE [ ]

3) Supported of unconstitutional statue Title 42 § 6801-6802 Ab Initio

4) Succor - Turn back Res confiscated to to HG5873 INMATE Innocent Owner, PRIVATE [ ], placing it back within PRIVATE TRUST. Note Est Value Low 67 million High 670 million U.S. by HG5873

[14] Lic A-19

From HG5873 INMATE
Return Res TT TOTO

USA Government / Federal
DISTRICT COURT
235 N. WASHINGTON
Scranton, Pa 18501

# Dispute

Jurisdiction SCRANTON PENNSYLVANIA

Issue: 1) Petitioner comes to Federal District Court Scranton Pa with dispute against the un-knowledge 67 Pa Counties of DA's / DA office

2) 67 Pa Counties have been addressed only to not Respond based on unknowing to Ramification of Federal Governments Repealing Pa Statue 42 § 6801 & 6802 Ab Initio

3) 67 Pa Counties have agreed to settlement (Limit expired) yet continue to avoid the resolution of bringing the Injured Innocent Owner back to Court of damage of each of 67 PA Counties.

for unauthorized use of Res (confiscation) thru unconstitutional Title 42 § 6801 6802 Pa.

4) Petitioner commands district court Scranton Pa to accept jurisdiction upon or order each court of 67 counties in Pa per settlements of Article I Sect 10-1 to address per Federal Govt Guidelines (Presentation to Jury) for damage manifested by unconstitutional 42 6801-6802

Therefore Succor this District Court Scranton Pa shall follow its own Federal Ruling for Jury Presentation to Innocent owners process within Article I Sect 10-1 which State of PENNSYLVANIA Is now obstructing violating not only Constitution but Federal Govts already decisions of record.

And the Resolution process presented to PA upon deeming of Pa Title 42 § 6801 6802 being unconstitutional Ab Initio Petitioner COMMANDS presentation to Jury as Federal Governments has instructed in 67 counties of Pa Title 42 - § 805 enforce

"CAPTION" [4] Cert 7749 (x1) Reg 1338 (x1) License J-19

From HG5873 INMATE
- PRIVATE, [redacted]
Bucks County Paredalii #
Defendants 67 Counties 7018 1130 0000 3878 9408
STATE of PENNSYLVANIA. DATE 7-1-19
Return Res toto TT DA office Bucks etalii

Re: Repealed UnConstitutional Pa Title 42 § 6801-6802 AbInitio

"COMPLAINT"

Issue 1) Rupture of tracts in relationship to unconstitutional statue Pa Title 42 § 6801 & 6802 of the 67 counties within State of PENNSYLVANIA →

2) which has ruptured tracts/settlements of Index, Certifications, Registered thru each and every of 67 couties in State Pa. (PENNSYLVANIA) damage, destruction non-Licensed use. — while becoming offenders of Fiduciary duty toto HG5873 INMATE, PRIVATE [redacted]

3) Supported of unconstitutional statue Title 42 § 6801-6802 AbInitio.

4) Succor - Turn back Res confiscated toto HG5873 INMATE Innocent Owner, PRIVATE [redacted], placing it back within PRIVATE TRUST,

Note Est Value Low 67 million High 670 million U.S. [illegible] HG5873 [illegible]

for UN Authorized Use of Res (confiscation) thru UNconstitutional Title 42 §6801 6802 Pa.

4) Petitioner commands district court Scranton Pa to Accept Jurisdiction upon or order each court of 67 counties In Pa per settelments of Article I Sect 10-1 to Address per Federal Govt Guidelines (Presentation to Jury) for damage mani-fested by unconstitutional 42 6801-6802

Therefore Succor this District Court Scranton Pa shall follow its own Federal Rulings for Jury Presentation to Innocent owners process within Article I Sect 10-1 which State of Pennsylvania Is now obstructing Violating not only Constitu-tion but Federal Govts Already decisions of Record.

And the Resolution process presented to PA. upon deeming of Pa Title 42 §6801 6802 being Un constitutional Ab Initio Petition-er COMMANDS Presentation to Jury As Federal Governments has Instructed In 67 counties of Pa Title 42-5805 enforce.

"CAPTION" [4] Cert 7749 (x1) Reg 1338 (x1)

From HG5873 INMATE License J-19
- PRIVATE, [redacted]
Defendants Bucks County Pa. et alii #
67 Counties
STATE of PENNSYLVANIA DATE 7-1-1975
Return Res toto IT DA office Bucks et alii

Re: Repealed UNConstitutional Pa Title 42 § 6801-6802 ab Initio

"COMPLAINT"

Issue 1) Rupture of tracts in relationship to unconstitutional statue Pa Title 42 § 6801 & 6802 of the 67 counties within State of PENNSYLVANIA ⇒

2) which has ruptured tracts/settlements of Index, Certifications, Registered thru each and every of 67 counties in State Pa. (PENNSYLVANIA) damage, destruction non-licensed use. — while becoming offenders of Fiduciary duty toto HG5873 INMATE, PRIVATE [redacted] ⇒

3) Supported of unconstitutional statue Title 42 § 6801-6802 ab Initio.

4) Succor - Turn back Res confiscated toto HG5873 INMATE Innocent Owner, PRIVATE [redacted], placing it back within PRIVATE TRUST.

NOTE Est Value Low 67 million High 670 million 0.5 [illegible]

for UN Authorized Use of Res (confiscation) thru UNconstitutional Title 42 §6801 6802 Pa.

4) Petitioner commands district court Scranton Pa to accept jurisdiction upon or order each court of 67 counties In Pa per settlements of Article I Sect 10-1 to Address per Federal Govt Guidelines (Presentation to Jury) for damage manifested by unconstitutional 42 6801-6802

Therefore Succor this District Court Scranton Pa shall follow its own Federal Ruling for Jury Presentation to Innocent owners process within Article I Sect 10-1 which State of Pennsylvania Is now obstructing violating not only Constitution but Federal Govts already decisions of Record.

And the Resolution process presented to PA. upon deeming of Pa Title 42 §6801 6802. being Un constitutional Ab Initio Petitioner COMMANDS presentation to Jury As Federal Governments has Instructed In 67 counties of Pa Title 42-5805 enforce.

[4]

Lic A-19

From HG5873 INMATE
Return Res TI TOTO

USA Government/Federal
DISTRICT COURT
235 N. WASHINGTON
Scranton, Pa 18501

# Dispute

Jurisdiction SCRANTON PENNSYLVANIA

Issue: 1) Petitioner comes to Federal District Court Scranton Pa with dispute Against the UN-Knowledge 67 Pa Counties's DA's/DA office.

2) 67 Pa Counties have been addressed only to not Respond based on Unknown ing to Ramification of Federal Governments Repealing Pa Statue 42 § 6801 & 6802 Ab Initio

3) 67 Pa Counties have agreed to settlement (Limit expired) yet Continue to Avoid the Resolution of bringing the Injured Innocent Owner back to Court of damage of each of 67 PA Counties.

14

Lic A-19

From HG5873 INMATE
Return Res TI TO10

USA Government /Federal
DISTRICT COURT
235 N. WASHINGTON
Scranton, Pa 18501

# Dispute

Jurisdiction SCRANTON Pennsylvania

Issue: 1) Petitioner comes to Federal District Court Scranton Pa with dispute Against the Un-Knowledge 67 Pa Counties DA's/DA office

2) 67 Pa Counties have been addressed only to not Respond based on Unknowing to Ramification of Federal Governments Repealing Pa Statue 42 § 6801 & 6802 Ab Initio

3) 67 Pa Counties have Agreed to settlement (Limit expired) yet Continue to Avoid the Resolution of bringing the Injured Innocent Owner back to Court of damage of each of 67 PA Counties.

HG5873 INMATE [14] Lic J19

VS.

USA / Pa et alia Scranton Dist Court

CERTIFICATE OF SERVICE

CORPUS HG5873 INMATE, HEREBY AVERS, THAT THE FACTS SET FORTH IN THE FOREGOING PETITION/ MOTION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. I ALSO CERTIFY THAT REQUIREMENTS ARE SATISFIED FOR PENNSLYVANIA/U.S.A. Form 2-24-40, PAN Complaint

PROOF OF SERVICE

CORPUS HG5873 INMATE, DO HEREBY, CERTIFY THAT A COPY OF THE FOREGOING PETITION/MOTION WAS MAILED VIA PERSONAL MAIL ON 7-1-19, TO ALL THE PEOPLES/AND RESPONDENTS OF Above 12-15-19

Service Fees 1) District Court Scranton 2) 67 Counties 3)

EXPRESSED STIPULATION OBLIGATION DUTY (NOTICE) FOR FENDING OFF SUMMONS (RESPONSE)

1) You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within fifteen (15) days after this complaint and notice are served, by entering a written appearance personal or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

2) You have the duty-obligation placed upon you by delivery of filings. You can concur or non-concur per supreme court doctrine the dead line established is 3-39-2019 2nd deadline offered/~~not offered~~ is X. A non concur moves toward plantiffs relief as commanded while default revokes your immunity per this form and your own default (non action) dishonor (comity) status.

3) Pryor inferior lesser representation of violating county, state and or institution being liable, shall be subject to penalty compensation fee of 9,999,999 ‰ dollar bills -U.S. – per incident now negotiable or in alternative, as decided solely by HG5873 Lic inmate by HG5873 Lic as res of prior inferior lesser representations will be subject to extinguishment, (re) coupment for sole benefit upon PRIVATE

4) Feffoment of livery selsin this one for all form is recorded at Pennsylvania state – courts. Government et alii, U.S. A et alii. If non-disputed of 3-9-19 public access policy is null while at arms length as corpus HG5873 INMATE inmate by HG5873 Lic and private keeps invokes, perpetual privileges droits, rights, private, legacy <R> Cesti que droits to all ther in is.

5) It is further understood that prior inferior lesser representatives will not in any way publicize, cause to be publicized with any news, communication, language, status, media, jurisdiction – forum, including, but not limited to: Newspaper, magazines, journals, radio, prose, verse, television, the facts, articles, conditions of this trust property. All parties not an affiant or beneficiary to this are to decline comment on all aspects for this process/records to any media private/public outlets.

6) YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

7) IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

8) PA BAR ASSOCIATION 100 SOUTH STREET HARRISBURG PA

9. I here certify with private Cont that corpus HG5873 INMATE by HG5873 Lic will comply with public access NOT, for his/her personal private Legacy Res Ab Inition Ad Infintium Is double helix family Legacy. Here Manifested specific Private Res with further related offspring, Issue upon specific PRIVATE

7-1-19 7-1-19

10. Dismissal non concurrence with-without view of merits Invokes Automatic expressed certificate of Appealability C.O.A. for legislative commands Law, while Judicial has No Legislative powers to Act LAW. Within its own rules, Regulations, Policy Are NOT of Legislative LAW which guaranteeds view to conclusion (end). Thank YOU for C.O.A.

NOTICE

11. Alert Failure on Judicial Invokes U.S. Currency $9,999,999,999 99/00 per offense Ab Initio

Notice (Re-Issue) Original 7-1-19 Ignored

FORM 2-24-40 by HG5873 Inmate Lic 12-15-19 7-1-19

Name williams rahlaad
Number (HG5873)
1100 Pike Street
Huntingdon, PA 16654-1112

Peter Wels

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS

U.S. POSTAGE PITNEY BOWES
ZIP 16652 $ 001.60⁰
02 1W
0001395447 JAN. 07. 2020

RECEIVED
SCRANTON
JAN 13 2020
PER [signature]
DEPUTY CLERK

United States etalii
Nealon Bldg
235 N Washington Ave
Scranton Pa 18501

Inmate Mail - PA DEPT OF CORRECTIONS