UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM J. ROHLAND, #HG5873, | : |
| | :CIVIL ACTION NO. 3:20-CV-00071 |
| Plaintiff, | : |
| | : |
| v. | : |
| | :(JUDGE MARIANI) |
| BUCKS COUNTY PA, et al., | :(Magistrate Judge Saporito) |
| | : |
| Defendants. | : |

## ORDER

AND NOW, THIS \_\_\_4th\_\_\_ DAY OF FEBRUARY 2020, upon review of Magistrate Judge Saporito's Report and Recommendation (R&R) (Doc. 5) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 5) is **ADOPTED** for the reasons set forth therein;

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**;

3. Plaintiff is granted **fourteen (14) days** from the date of this Order to file an amended complaint;[1]

4. This matter is remanded to Magistrate Judge Saporito for further proceedings.

Robert D. Mariani
United States District Judge

---

[1] Plaintiff's filing docketed in this Court on February 3, 2020, (Doc. 8) which he indicates is "mending" the original complaint and "adding" to it (Doc. 8 at 3) is not recognized as the amended complaint contemplated by the R&R (*see* Doc. 5 at 3) or allowed by this Order and is not considered a legal pleading which requires a response or further action by the Court.