THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM J. ROHLAND, #HG5873, | : |
| | : CIVIL ACTION NO. 3:20-CV-00071 |
| Plaintiff, | : |
| v. | : |
| | : (JUDGE MARIANI) |
| BUCKS COUNTY PA, et al., | : (Magistrate Judge Saporito) |
| Defendants. | : |

## ORDER

**AND NOW, THIS 31ST DAY OF MARCH 2021**, upon *de novo* review of Magistrate Judge Saporito's Report and Recommendation ("R&R") (Doc. 12), Plaintiff's Objections thereto (Doc. 14), and all other relevant documents, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 12) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Objections (Doc. 14) are **OVERRULED**. Plaintiff's Objections, while often incoherent, assert in summary that "[t]he issue/claim of this victim [Plaintiff] was clear/cut set out for 1st grader to comprehend" and identify his "claim" as "my property as victim of 67 counties in Pa forfeiture of unconstitutional Title 42-6801/6802." (Doc. 14, at 7). This description by Plaintiff does nothing to elucidate the nature of the claim before this Court. Rather, the Magistrate Judge was correct in determining that Plaintiff's Amended Complaint (Doc. 11) fails to meet the pleading requirements of Fed. R. Civ. P. 8 and fails to state a claim. Here, Plaintiff's cause of action is unclear, and Plaintiff has not identified any facts or events which

serve as the basis for his claims, the dates of any events which may support his claims, how the 67 counties are involved in his claims or have deprived him of one or more legal rights, and what harm he has, or continues to, suffer as a result of any violations by the counties. Nor do Plaintiff's Objections do anything to clarify his cause of action or aid the Court in determining the nature of the purported violation.

3. Plaintiff's Amended Complaint (Doc. 11) is **DISMISSED WITH PREJUDICE**.

4. In light of the Court's dismissal with prejudice of the Amended Complaint, Plaintiff's Motion for Default Judgment (Doc. 16) is **DEEMED MOOT**.[1]

5. The Clerk of Court is directed to **CLOSE** this action.

_____
Robert D. Mariani
United States District Judge

---

[1] The Court notes that Plaintiff's motion, brought pursuant to Fed. R. Civ. P. 55, would otherwise be denied as no defendant has yet been properly served in this action.